# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

FILED
APR 0 4 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JONATHAN WARD AND<br>MONICA NUNES<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>2:19-MJ-0050 EFB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 1, 2018 through February 1, 2019 in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Laura E. Giouzelis
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-4-2019

_____
*Judge's signature*

City and state: Sacramento, CA

Edmund F. Brennan, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Laura E. Giouzelis, being duly sworn, depose and state as follows.

## I. BACKGROUND AND EXPERTISE OF THE AFFIANT

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for eight years. I am currently assigned to the Sacramento Field Office where I investigate fraud and organized crime. My training and experience includes a seventeen-week basic training course at the FBI Academy and supplemental training in terrorism, fraud, and the development and operation of confidential sources. I have participated in the several investigations involving bank fraud, wire fraud, aggravated identity theft, and money laundering.

2. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. FBI and the California Regional Enforcement Allied Computer Team (REACT) Task Force conducted much of the investigation described below. REACT is a partnership of California local, state, and federal agencies formed in cooperation with private industry to investigate technological crime. REACT conducts multi-jurisdictional investigations including stolen high technology, identity theft, and other computer related crimes.

## II. NATURE OF THE APPLICATION

4. This affidavit is submitted in support of a criminal complaint against Jonathan WARD and Monica NUNES for committing bank fraud in violation of 18 U.S.C. § 1344. As set forth below, there is probable cause to believe that the above individuals committed bank fraud in the Eastern District of California and elsewhere. This affidavit also demonstrates that WARD and NUNES committed additional violations of at least 18 U.S.C. §§ 1028A (aggravated identity theft) and 1956 (money laundering).

## III. APPLICABLE LAW

5. Title 18 United States Code, Section 1344, describes the offense of bank fraud

1

and states, "Whoever knowingly executes, or attempts to execute, a scheme or artifice (1) to defraud a financial institution; or (2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises; shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."

## IV. STATEMENT OF PROBABLE CAUSE

### A. Background of the Investigation

6. This investigation has shown that WARD, NUNES, and others yet to be named, acquired "Point of Sale" (POS) terminals by either purchase or theft and manipulated them to make fraudulent merchant refunds starting on or about June 1, 2018, and continuing until on or about February 1, 2019. This investigated bank fraud scheme is referred to as "Forced Post Refund Fraud" or "Refund Fraud". The scheme exploits the refund process of the merchant accounts of various banks and payment processors. A merchant account is a type of bank account that allows businesses to accept payments via multiple electronic methods, typically using debit and credit cards ("access cards"). Such an account is established under an agreement between a merchant (e.g., a retail establishment) and a merchant acquiring bank for the settlement of access card transactions. The acquiring bank processes credit or debit card payments on behalf of the merchant.

7. When a legitimate business wants to accept access cards as payment for merchandise or services, they open a merchant account with an acquiring bank to manage funds and process credit and debit transactions. For example, when a merchant makes a sale and accepts payment via an access card, they enter the amount of the sale and then "swipe" the access card on a POS terminal. The terminal reads the magnetic stripe on the rear of the access card and processes the purchase by electronically transmitting a request to initiate a transfer of funds from the access card holder's account to the merchant's account. This transaction is completed by a bank directly or via a payment processor over phone lines or the internet.

8. Although some acquiring banks act as their own processor to process payment

and refund transactions involving access cards, others employ a specific payment processing company ("payment processor") to process the payments and refunds for them. A payment processor can be appointed by a merchant to handle transactions from various channels such as credit and debit cards for the merchant acquiring banks.

9. In general, when a payment processor is used to process card transactions, the merchant's POS terminal transmits a merchant ID number and other information to the payment processor indicating that the transaction is legitimate. In an operation that will usually take a few seconds, the payment processor will check the transmission data by forwarding it to the respective access card's issuing bank or card association (e.g., Visa) for verification. Once the payment processor has received confirmation that the credit card details are verified, the information will be relayed back via a payment gateway to the merchant, who will then complete the payment transaction. The funds are then transferred from the purchaser's/access card user's account and deposited into the merchant's account.

10. Similarly, when a merchant requests a refund of a purchase they again swipe the purchaser's access card at the POS terminal and enter the refund amount. The POS terminal reads the magnetic strip on the rear of the access card and processes the refund. The refund amount is then deducted from the merchant's account and credited to the access card's account.

11. Using one or more POS terminals that were reprogrammed with new merchant account information, WARD and NUNES executed fraudulent refunds, even though no purchases were ever made. During this fraudulent refund process, the payment processor or bank, believing that the transmitted request for refunds came from the true merchant(s), transmitted false refund money to the access card account. WARD and NUNES then depleted the access card by using it to make purchases, ATM cash withdrawals, and money order purchases. These fraudulent refunds resulted in losses to the banks holding the merchant accounts. The victim merchants likely did not realize the funds were withdrawn until they checked their bank statements, which may have taken days or even weeks. By that time, the money had been transferred from the merchant bank account to the access card accounts and

often removed from the card accounts via subsequent purchase or transfer.

12. Gabrielle Ferrar Diamonds is a business located at 214 Main Street, Chico, California, in the Eastern District of California whose merchant payment processor is a company called Worldpay/Vantiv. An employee of Gabrielle Ferrar Diamonds confirmed WARD and NUNES were never employed or legally associated with that business. Additionally, the store hours listed for Gabrielle Ferrar Diamonds are 10:00 am to 5:30 pm, Tuesday through Friday, and 10:00 am to 5:00 pm on Saturday. Gabrielle Ferrar Diamonds was identified as a victim of this fraud. Gabrielle Ferrar Diamonds' merchant account is with Tri Counties Bank, a bank that is FDIC insured.

13. Matsuda's Nursery is a business located at 10600 Florin Road, Sacramento, California, in the Eastern District of California whose merchant payment processor is also Worldpay/Vantiv. WARD and NUNES were never employed by that business. Additionally, the hours of operation for Matsuda's are Monday through Friday, 7:00 am through 4:30 pm. Matsuda's was identified as a victim of this fraud. Matsuda's merchant account is with Wells Fargo, a bank that is FDIC insured.

14. Instant Storage is a business located at 301 State Road, Bakersfield, California, in the Eastern District of California whose merchant payment processor is also Worldpay/Vantiv. WARD and NUNES were never employed by Instant Storage. Additionally, the hours of operation for Instant Storage are Monday through Friday, 8:00 am through 5:00 pm. Instant Storage was identified as a victim of this fraud. Instant Storage's merchant account is with Bank of America, a bank that is FDIC insured.

**B.  Evidence of Bank Fraud Obtained from Searches**

15. In July 2018, REACT investigators were investigating WARD and NUNES after identifying them as participants in this bank fraud scheme against at least Instant Storage as discussed herein. REACT investigators knew that the suspects often conducted refund fraud from various hotels. Based on my experience and discussions with other law enforcement personnel, criminals often conduct fraud schemes from hotels to hide their true identities and the

4

location of incriminating evidence. On September 21, 2018, REACT investigators obtained a federal search warrant to track a mobile device having phone number 415-516-7613, which was a phone number associated with WARD. On October 12, 2018, REACT investigators tracked WARD and NUNES to a Pleasanton Marriot, located at 11950 Dublin Canyon Road, Pleasanton, California. At that time, the REACT investigators knew that both WARD and NUNES were on searchable probation, and they suspected that WARD and NUNES were involved in Refund Fraud. REACT officers then contacted WARD and NUNES in and around WARD's vehicle, a Black Cadillac Escalade, in the parking lot of the Pleasanton Marriot, and conducted a search of the Cadillac.

16. During the Cadillac search, officers found a loaded handgun and a personal use amount of methamphetamine. Both WARD and NUNES were convicted felons, and officers arrested them that day on gun and drug charges. REACT officers also located and seized multiple access cards in the Cadillac. Additionally, WARD had the following items in his wallet at the time of his arrest (the list is not exhaustive):

a) A Patelco Credit Union debit card ending x5396 and having the name "Jonathon Ward";

b) A Key Bank debit card ending x2088 and having the name "Jonathon Ward"; and

c) A PayPal card ending x8910 and embossed with the name "Jonathon Ward."

NUNES had the following items in her purse at the time of her arrest (the list is not exhaustive):

a) A receipt for a US Postal money order paid by a Bank of America Bank debit card ending x7243 (the money order was in the amount of $900.00 and dated 7/16/2018); and

b) A receipt dated October 12, 2018 showing the purchase of $50.00 worth of credits from a Recharge Kiosk at Boomers (miniature golf/go karts) in Livermore purchased with PayPal card ending x8910.

Additionally, REACT officers found a prepaid Card.com access card embossed with the name of Person 1 and account ending x5876 near the console in the Cadillac.

17. REACT investigators learned that WARD and NUNES had directed the relocation of specific items of evidence and contraband to 3150 Mills Drive, Brentwood, California, to avoid law enforcement detection and seizure, which was the residence of WARD's sister. Investigators then obtained a state search warrant to search that residence and executed the search on October 17, 2018. Among the items seized at the residence were:

   a) Nine POS terminals;

   b) A Wells Fargo debit card ending x2061 and having the name of Person 2 (used to accept fraudulent refunds from listed Worldpay merchants);

   c) A Wells Fargo debit card ending x7922 and having the name Monica Nunes;

   d) A handwritten note detailing a script for a conversation to Mercury Payments regarding a JW Rental account at Paypal;

   e) A Republic Bank and Trust card ending x3558 and having the name of Person 3;

   f) A visually blank, re-encoded Conduent access card in the name of Person 4 and issued on behalf of the Federal Government for disability payments associated with benefit account ending x1594;[1]

   g) A handwritten note on mail addressed to WARD's sister stating, "$1,000 Shut off card have card mailed – PayPal – JW rentals Gmail.com"; and

   h) A Dell laptop containing electronic data consistent with software and hardware used to skim and capture information from an access card magstripe (including information relating to a Bank of the Internet prepaid debit card ending x9191).

18. Shortly after their arrests, WARD and NUNES were released on bond in October 2018. WARD was arrested again on February 1, 2019, on new state charges, and NUNES was

---

[1] This card was a blank, i.e., it had no markings on it and only a magstripe affixed to it. The card number and the name information were gleaned from the encoded magstripe and subsequently verified by Conduent. Conduent reported the re-encoded card was for a government benefit account ending x1594. Based on my training and experience, criminals use blank access cards to encode stolen or otherwise obtained credit/debit account information for the purpose of facilitating fraud schemes.

arrested again on February 2, 2019, on an outstanding state warrant.

19. At the time of WARD's arrest on February 1, 2019, his BMW (CA License Plate J654BO) was impounded. Later that month, during the execution of a search warrant on WARD's BMW, law enforcement seized at least one reprogrammed POS terminal (a Verifone VX 520) together with indicia belonging to WARD and NUNES. A receipt on the terminal indicated that it was fraudulently modified and linked to a merchant account for a business named "City of Akron Law Department," which was an account not authorized for that particular terminal. Investigators later determined that the City of Akron Law Department was a victim of Refund Fraud in January 2019. Data on the terminal also indicated that it was linked to a merchant account for the Spine and Orthopedic Center in Deerfield Beach, Florida. Investigators later determined that the Center was also a victim of Refund Fraud in approximately December 2018. In the BMW, investigators also found a prepaid debit card ending x1515 that was used to access the payment processor associated with at least the City of Akron Law Department for approximately $47,000 in fraudulent refund transactions.

## C. Specific Acts of Bank Fraud

### Fraudulent Refunds Relating to Instant Storage

20. Worldpay/Vantiv records show that on July 15, 2018, multiple fraudulent refunds were loaded onto Key Bank debit card x2088 (found in WARD's wallet at the time of his October 12, 2018, arrest) from the following merchant accounts and in the following amounts:

| Merchant Account Owner | Date | Refund |
|---|---|---|
| Instant Storage | 7/15/2018 | $3,585.44 |
| Instant Storage | 7/15/2018 | $4,564.44 |
| Instant Storage | 7/15/2018 | $5,500.00 |
| Instant Storage | 7/15/2018 | $4,123.65 |
| Instant Storage | 7/15/2018 | $4,366.66 |

| Instant Storage | 7/15/2018 | $3,333.55 |

Worldpay/Vantiv is the payment processor for Instant Storage. Worldpay/Vantiv records show that WARD and NUNES used an unauthorized POS terminal to access Instant Storage's merchant account between July 15 and 16, 2018, using IP address 40.129.186.144. This IP address was leased to The Residence Inn located at 1000 Airway Boulevard, Livermore, California, on those same dates. A REACT investigator contacted The Residence Inn Assistant Manager, and /s/he provided a hotel registry that listed WARD as having occupied a room at The Residence Inn between July 14 and July 16, 2018. Additionally, s/he provided security surveillance video showing WARD at the hotel. He/she also provided the e-mail address provided by WARD to The Residence Inn at the time of check in: Still2theleft@gmail.com. Facebook records show that e-mail belonging to WARD.

21. Bank records show that Bank of America card x7243 was used to purchase the money order found in NUNES's purse, dated July 16, 2018. This card was also used for two fraudulent refunds from Instant Storage. According to Worldpay/Vantiv records, the first refund was for $1500.00 on July 16, 2018, at 5:08:07 am, and the second refund was for $6666.68 on July 16, 2018, at 5:31:42 am. The card used to purchase the money order was the same card used to process the fraudulent transactions. The money order receipt in NUNES's purse showed she had access to card x7243.

**Fraudulent Refunds Relating to Matsuda's Nursery**

22. According to records from Worldpay/Vantiv, Patelco Credit Union card ending x5396 (found in WARD's wallet on October 12, 2018) received an unauthorized $9000 refund from Matsuda's on October 2, 2018, at 12:16:34 am.

23. Additionally, Conduent debit card ending x1594 was found during the search of 1350 Mills Drive. This card was used to access Matsuda's merchant account to process unauthorized refunds on October 2 through October 4, 2018, for a total of over $7700.00 in loss.

Worldpay/Vantiv records show this card was also used to access several other Worldpay merchant accounts to conduct fraudulent refunds in Florida and Indiana. Conduent records show some of the stolen funds were removed through an ATM withdrawal in Rancho Cordova, California, on October 3, 2018. Further review of Conduent records show several transfers of funds, after the fraud, to WARD's fictitious PayPal business, JW Rentals.

24. According to Worldpay/Vantiv records, starting on September 25, 2018, and ending on October 11, 2018, unauthorized POS terminals accessed accounts for two other WorldPay/Vantiv merchants, The Stapleton Group and Cicero Chiropractic, to execute fraudulent refunds. These refunds caused the electronic transfer of merchant funds to various access cards, including the Conduent card x1594 for an additional $1747.94 of fraudulent transfers.

25. On October 5, 2018, REACT investigators obtained a federal cell phone ping warrant for prospective location data, as well as historic location information, associated with telephone number 415-516-7613, which was the mobile phone number associated with WARD. WARD was in possession of this phone when he was arrested on October 12, 2018. An analysis of historic location information for this phone showed that WARD was located at Santiam River Court, Rancho Cordova, on October 1 through October 3, 2018. WorldPay/Vantiv records show that, during that same timeframe, WARD and NUNES were executing fraudulent refunds that targeted Matsuda's Wells Fargo merchant account. Particularly, WorldPay/Vantiv processed fraudulent refunds and loaded merchant funds onto cards x3558, x5396, x1954, and x2061, which were associated with WARD. Other records show that, on October 3, 2018, some of the refund funds were transferred to WARD's JW Rentals PayPal account, which is described further below.

26. Additionally, after WARD's arrest on October 12, 2018, REACT investigators obtained a search warrant for the contents of WARD's cell phone. On the phone, investigators found a photograph taken by the phone on September 16, 2018, at 11:59 pm, which included

metadata[2] having GPS coordinates showing the photo was taken at Santiam River Court, Rancho Cordova, California. This is the same date that card x1594 was used to process fraudulent refunds, and this card was found in WARD's possession when he was arrested on October 12, 2018.

27. Wells Fargo debit card x2061 was found during the search of WARD's sister's residence at 3150 Mills Drive on October 17, 2018, along with other items associated with WARD. This card was issued in the name of Person 2. Bank records show this card was used to accept fraudulent refunds from Matsuda's, including two $9000 refunds executed on October 1, 2018, at 10:22:26 pm and 10:33:46 pm. Wells Fargo records for card x2061 also show PayPal purchases for PayPal merchant "JW Rentals" as indicated below:

| Merchant | Date | Purchase |
|---|---|---|
| JW Rentals | 10/3/2018 | $ 304.00 |
| JW Rentals | 10/3/2018 | $ 122.65 |
| JW Rentals | 10/3/2018 | $ 289.84 |
| JW Rentals | 10/3/2018 | $ 280.00 |
| JW Rentals | 10/3/2018 | $ 255.53 |
| JW Rentals | 10/3/2018 | $ 480.00 |
| JW Rentals | 10/3/2018 | $ 500.00 |
| JW Rentals | 10/3/2018 | $ 559.87 |
| JW Rentals | 10/3/2018 | $ 899.55 |

---

[2] Metadata is information stored on a phone associated with files on that phone that provides unique information about the associated files. For example, a ".jpg" file is commonly associated with an image; however, the metadata associated with this .jpg files may include information including but not limited to the date the image was captured, the author of the image, the location where the image was created, the source of the data, and the source of the file.

| JW Rentals | 10/3/2018 | $ 288.88 |

28. According to records from Key Bank, on July 9, 2018, WARD was issued a debit card ending x2088. On that same day, a Key Bank account was opened in Murray, Utah, in WARD's name and associated with email address JWRentals415@gmail.com. Key Bank provided a security photograph of WARD on the day the account was opened at Key Bank confirming his identity. Additionally, PayPal records show WARD was issued card x8910 for business, "JW Rentals," with an e-mail for WARD listed as JWRentals@gmail.com. Records from Wal-Mart show PayPal card x8910 was used on October 5 and 8, 2018, at a store in Folsom, California. WalMart surveillance images show WARD and NUNES making purchases at the store using card x8910. Card x8910 was also found on WARD at the time of his arrest on October 12, 2018. At the time the PayPal purchases were made for the JW Rentals account, WARD had access to the JW Rentals Key Bank account and the PayPal card. I have found no evidence showing that JW Rentals is a legitimate business. Based on my training and experience, criminals will create fake businesses to launder the proceeds of fraudulently obtained money to avoid law enforcement detection of the location or true nature of the funds. NUNES had access to card x8910 as shown by the indicia found in her purse during the arrest on October 12, 2018, specifically the receipt dated October 12, 2018 from a Recharge Kiosk at Boomers in Livermore, California.

### Fraudulent Refunds Relating to Gabrielle Ferrar Diamonds

29. Wells Fargo card x7922 was also found during the search of WARD's sister's residence at 3150 Mills Drive on October 17, 2018, and was issued to NUNES. Photos from a JP Morgan Chase Bank ATM located in Oakland, California, show that, on August 23, 2018, Monica NUNES exited WARD's vehicle, a Black Cadillac Escalade, approached the ATM, and made a $300.00 withdrawal using card x7922. The JP Morgan Chase ATM then captured images of NUNES conducting a balance inquiry on the Bank of the Internet card x9191.

Worldpay/Vantiv transaction records show card x9191 was used to accept multiple fraudulent refunds as follows:

| Merchant | Date | Refund |
|---|---|---|
| Gabrielle Ferrar Diamonds | 8/18/2018 | $499.99 |
| Gabrielle Ferrar Diamonds | 8/20/2018 | $499.99 |
| Gabrielle Ferrar Diamonds | 8/20/2018 | $499.92 |
| Gabrielle Ferrar Diamonds | 8/20/2018 | $485.33 |
| Gabrielle Ferrar Diamonds | 8/20/2018 | $499.99 |

30. According to records from payment processor Worldpay/Vantiv, between August 16 and August 20, 2018, Gabrielle Ferrar Diamonds' merchant account was accessed multiple times for unauthorized refund transactions. Particularly, Worldpay/Vantiv reported fraudulent refunds were electronically transferred from the merchant account to a number of access cards. Metadata from photos (of POS terminals) obtained from WARD's phone indicates the photos were taken between August 16 and August 20, 2018 – the same time that Gabrielle Ferrar Diamonds' account was compromised. The metadata also shows they were taken at a Holiday Inn located in Tracy, California, in the Eastern District of California. Card x9191 was fraudulently used to access refunds from Gabrielle Ferrar Diamonds on August 18, 2018, and multiple times on August 20, 2018. Additionally, ATM photos show that NUNES later checked the balance on this card on August 23, 2018, at a Chase Bank in Oakland, California.

C. **Specific Acts of Identity Theft**

31. Following the arrest of WARD and NUNES, a prepaid debit card embossed with victim name Person 1 and account ending x5876[3] was found in the center console of WARD's

---

[3] When a prepaid debit card is purchased, initially, money from the purchaser is loaded onto the card. Once the money on the prepaid card is spent, the user must register the card with a name and personally identifying information (e.g., DOB) to load additional money onto the card. The

Cadillac. On February 5, 2019, REACT Investigator Keith Miller spoke with Person 1 regarding card x5876. Person 1 said that in August 2018 his/her car was stolen from his home in Fairfield, California. His/her wallet containing his social security card and his driver's license was in the vehicle at the time. Person 1 said s/he neither applied for nor obtained the x5876 access card connected to WARD, and s/he never gave anyone permission to use his/her identity for any reason. Specifically, s/he does not know WARD or NUNES and did not give them permission to use his/her personal identifying information to obtain access cards.

32. Bank records show card x5876 was opened in the name Person 1 with his/her true date of birth and social security number. Worldpay/Vantiv records show card x5876 was used to conduct three fraudulent refund transactions on September 25 and 28, 2018, for a total of $1499.97.

33. A Republic Bank and Trust access card x3558 with the name Person 1 was also found during the search of 3150 Mills Drive. According to Worldpay/Vantiv records, this card was used to conduct two fraudulent refund transactions on October 4, 2018 for a total of $1999.99.

34. Based on my experience and conversations with other law enforcement officers, criminals use stolen identities to evade law enforcement detection from the true identity of the criminal conducting the fraudulent act. Additionally, criminals involved in conducting crimes including bank fraud must use real identities to commit their criminal acts because the bank will not open accounts or issue access cards to persons with incorrect identifying information. For example, a bank will not open an account if the date of birth of the applicant is not correct.

///

///

///

///

---

prepaid card company the issues an embossed card to the purchaser, with the name and card number printed on the card and encoded in the magstripe on the back of the card.

## V. CONCLUSION

35. Based on the foregoing, there is probable cause to believe that Jonathan WARD and Monica NUNES committed a bank fraud scheme, particularly the Refund Fraud scheme described above, in violation of 18 U.S.C. § 1344, beginning on or about June 1, 2018, and continuing until on or about February 1, 2019, in the Eastern District of California and elsewhere.

_____
Laura E. Giouzelis
Special Agent
Federal Bureau of Investigation

Read and approved as to form.

_____
Robert J. Artuz
Special Assistant U.S. Attorney

Subscribed and sworn to before me this 4th day of April, 2019

_____
Hon. Edmund F. Brennan
United States Magistrate Judge