**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **JOHNATHON WARD ET AL** Defendant. | CR NO: 2:19-CR-0129 MCE |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Johnathon Ward | |
| Detained at: | Santa Rita Jail | |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 U.S.C. §§ 1349, 1344, 1028A | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ROBERT J. ARTUZ |
| Printed Name & Phone No: | ROBERT J. ARUTZ, 916-554-2700 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 26, 2019

Honorable Edmund F. Brennan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | John Nathan Ward | ☒Male ☐Female | |
| Booking or CDC #: | PFN AYY225 | DOB: | 09/14/1978 |
| Facility Address: | 5325 Broder Blvd, Dublin, CA 94568 | Race: | Black |
| Facility Phone: | 925-551-6500 | FBI#: | 459817FB2 |
| Currently | Santa Rita Jail in Alameda County | | |

### RETURN OF SERVICE

Executed on: _____ _____
(signature)