McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MONICA NUNES,<br>TALALIMA TOILOLO, and<br>JOHNATHON WARD,<br><br>               Defendants. | CASE NO. 2:19-CR-129-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 14, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on November 14, 2019.

2.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 100 GB of documents including police reports, search warrant returns, subpoena returns, cellphone extractions, audio/video files, and bank/financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for Defendants Monica Nunes, Talalima Toilolo, and Johnathon Ward ("defendants") desire additional time to review the current charges, obtain and review discovery, consult with their clients, conduct research and investigation into the charges, and otherwise

1   prepare for trial. Additionally, Ward only recently made his initial appearance in this case on

2   October 28, 2019, and the government is still in the process of loading the case discovery onto a

3   hard drive for his counsel's review.

4           c)      The defendants request that the status conference be continued to February 6,

5   2020.

6           d)      Counsel for defendants believe that failure to grant the above-requested

7   continuance would deny them the reasonable time necessary for effective preparation, taking into

8   account the exercise of due diligence.

9           e)      The government does not object to the continuance.

10          f)      Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendant in a trial within the

12  original date prescribed by the Speedy Trial Act.

13          g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of November 14, 2019 to February 6,

15  2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

16  T4] because it results from a continuance granted by the Court at defendants' request on the basis

17  of the Court's finding that the ends of justice served by taking such action outweigh the best

18  interest of the public and the defendants in a speedy trial.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: November 12, 2019             McGREGOR W. SCOTT
                                          United States Attorney


                                          /s/ ROBERT J. ARTUZ
                                          ROBERT J. ARTUZ
                                          Special Assistant U.S. Attorney


Dated: November 12, 2019             /s/ CHRISTINA SINHA (with permission)
                                          CHRISTINA SINHA
                                          Counsel for Defendant
                                          MONICA NUNES


Dated: November 12, 2019             /s/ CHRIS COSCA (with permission)
                                          CHRIS COSCA
                                          Counsel for Defendant
                                          TALALIMA TOILOLO


Dated: November 12, 2019             /s/ TASHA CHALFANT (with permission)
                                          TASHA PARIS CHALFANT
                                          Counsel for Defendant
                                          JOHNATHON WARD


**ORDER**

IT IS SO ORDERED.

DATED: November 13, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE