PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHON WARD,<br><br>Defendant. | CASE NO. 2:19-CR-0129-MCE<br><br>STIPULATION SETTING TRIAL DATE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 24, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

This case was previously set for a status conference on June 24, 2021, for Defendant Johnathon Ward. The government and Defendant Johnathon Ward's counsel Mark Reichel (the "parties") now seek to set trial on April 18, 2022 and exclude time under the Speedy Trial Act and Local Code T4 for reasons stated below including defense preparation. Co-defendant Sabrina Toilolo is scheduled for a change of plea hearing on July 1, 2021.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 24, 2021.

2. By this stipulation, defendant now moves to set a trial date on April 18, 2022, set the Trial Confirmation Hearing on March 17, 2022, and exclude time between June 24, 2021, and April 18, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]. Trial is estimated to last approximately 5–6 full Court days.

3. The parties agree and stipulate, and request that the Court find the following:

a) Since the filing of a previous motion to continue and exclude time in March 2021, the government has produced additional discovery including approximately 17,000 Bates-stamped pages of discovery. These pages comprise pdfs or identify native electronic files, including law enforcement reports and summaries, bank records, jail call recordings, witness interviews and recordings, search photographs, forensic reports, cellphone and computer extractions, and Google account search warrant productions. The cellphone and computer extractions alone comprise over 200 GB of additional data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the current charges, review new and old discovery, conduct research and investigation into the charges and alleged acts, consult with his client, and otherwise prepare for trial.

c) At this time, the defendant has no objection to the Court setting trial on April 18, 2022 and agrees that this date is necessary for effective preparation as outlined below.

d) Counsel for defendant believes that the requested trial date will provide them reasonable time necessary for effective preparation, considering the exercise of due diligence.

e) The government does not object to the amount of time that the defense needs for effective trial preparation.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 24, 2021, to April 18, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 23, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: June 23, 2021

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
JOHNATHON WARD

**ORDER**

IT IS SO ORDERED.

Dated: July 1, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE