PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHON WARD,<br><br>Defendant. | CASE NO.  2:19-CR-0129-MCE<br><br>STIPULATION SETTING TRIAL DATE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 17, 2022<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

This case is set for trial on April 18, 2022, with a trial confirmation hearing set on March 17, 2022, and speedy trial time has been excluded through the trial date.  ECF 145.  On October 4, 2021, the defendant was arraigned on a superseding indictment.  ECF 158.  The government and Defendant Johnathon Ward, through is counsel Mark Reichel, (the "parties") now seek to exclude time through the trial date for the charges set forth in the superseding indictment under the Speedy Trial Act and Local Code T4 for reasons stated below including defense preparation.  Co-defendant Sabrina Toilolo entered a guilty plea on July 1, 2021 and is scheduled to be sentenced on October 28.  ECF 147.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on October 4, 2021.

2.      On July 23, 2020, the government filed a superseding indictment as to Defendant Johnathon Ward.  ECF 77.

1    3.      On October 4, 2021, Ward was arraigned on the superseding indictment.  ECF 158.

2    4.      By this stipulation, defendant now moves to exclude time between October 4, 2021, and

3 April 18, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] for the same reasons time was

4 previously excluded under the original indictment.  ECF 145.

5    5.      The parties agree and stipulate, and request that the Court find the following:

6    a)      Since the filing of a previous motion to continue and exclude time in March 2021,

7 the government has produced additional discovery including approximately 17,000 Bates-

8 stamped pages of discovery.  These pages comprise pdfs or identify native electronic files,

9 including law enforcement reports and summaries, bank records, jail call recordings, witness

10 interviews and recordings, search photographs, forensic reports, cellphone and computer

11 extractions, and Google account search warrant productions.  The cellphone and computer

12 extractions alone comprise over 200 GB of additional data.  All this discovery has been either

13 produced directly to counsel and/or made available for inspection and copying.

14    b)      Counsel for defendant desires additional time to review the current charges,

15 review new and old discovery, conduct research and investigation into the charges and alleged

16 acts, consult with his client, and otherwise prepare for trial.

17    c)      At this time, the defendant has no objection to the April 18, 2022, trial date and

18 agrees that this date is necessary for effective preparation as outlined below.

19    d)      Counsel for defendant believes that the current trial date will provide them

20 reasonable time necessary for effective preparation, considering the exercise of due diligence.

21    e)      The government does not object to the amount of time that the defense needs for

22 effective trial preparation.

23    f)      Based on the above-stated findings, the ends of justice served by continuing the

24 case as requested outweigh the interest of the public and the defendant in a trial within the

25 original date prescribed by the Speedy Trial Act.

26    g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

27 et seq., within which trial must commence, the time period of October 4, 2021, to April 18, 2022,

28 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

STIPULATION SETTING TRIAL DATE AND REGARDING
EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  October 5, 2021                                    PHILLIP A. TALBERT
                                                          Acting United States Attorney

                                                          /s/ ROBERT J. ARTUZ
                                                          ROBERT J. ARTUZ
                                                          Special Assistant U.S. Attorney


Dated:  October 5, 2021                                    /s/ MARK REICHEL
                                                          MARK REICHEL
                                                          Counsel for Defendant
                                                          JOHNATHON WARD


## ORDER

IT IS SO ORDERED.

Dated:  October 18, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE