PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHON WARD,<br><br>Defendant. | CASE NO. 2:19-CR-0129-JAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: January 18, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

This case was previously set for a status of counsel conference on January 18, 2022, for Defendant Johnathon Ward. The government and Defendant Johnathon Ward's counsel Mark Reichel (the "parties") now seek to continue the status conference to January 25 for reasons stated below.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 18, 2022.

2. By this stipulation, the parties now move to continue the status conference to January 25, 2022, because the Sacramento County jail is on lock down due to the recent spike in COVID-19 infections. Accordingly, the defendant, who is incarcerated at the jail, will not be available to appear at the currently set hearing date.

///

///

STIPULATION CONTINUING STATUS CONFERENCE        1

IT IS SO STIPULATED.

Dated:  January 14, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated:  January 14, 2022

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
JOHNATHON WARD

## ORDER

IT IS SO ORDERED this 14th day of January, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE