LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JOHNATHON WARD,<br><br>                  Defendant. | Case No.: 2:19-cr-129 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:        March 15, 2022<br>Time:       9:30 a.m.<br>Court:      Hon. John A. Mendez |

        Plaintiff United States of America by and through Assistant United States Attorney

Robert Artuz, and Attorney Todd Leras on behalf of Defendant Johnathon Ward, stipulate as

follows:

        1.    This matter is presently set for a status conference on March 15, 2022. By this

               stipulation, Defendant Ward moves to continue the status conference to June 14,

ORDER CONTINUING STATUS
CONFERENCE

2022.

2.   This case involves charges stemming from a conspiracy to execute a fraudulent scheme known as "Forced Post Refund Fraud."  The government alleges that the conspirators exploited the merchant refund process to divert funds to themselves. The government has provided to defense counsel discovery in the form of written reports, bank records, photographs, as well as video and audio recordings amounting to approximately 31,000 pages of material.

3.   The Court approved the substitution of Attorney Todd Leras as appointed counsel for Mr. Ward on January 25, 2022 (ECF Document 183).  Defense counsel, given his recent appointment in this case, requires additional time to review the discovery materials.  This review is a prerequisite to discussions with Mr. Ward, who remains in pre-trial detention at the Sacramento County Main Jail, regarding his potential defenses and any required defense investigation.   Defense counsel therefore requests to continue this matter to June 14, 2022.

4.   Defendant Ward further requests to exclude time between March 15, 2022 and June 14, 2022, inclusive, under Local Code T-4.  The United States does not oppose this request.

5.   Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Ward the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6.   Based on the above-stated facts, Defendant Ward requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest

ORDER CONTINUING STATUS
CONFERENCE

of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 15, 2022 to June 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Ward's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Robert Artuz has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  March 9, 2022

PHILLIP A. TALBERT
United States Attorney

By   */s/ Todd D. Leras for*
    ROBERT J. ARTUZ
    Assistant United States Attorney

DATED:  March 9, 2022

By   */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    JOHNATHON WARD

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 15, 2022, is vacated. A new status conference is scheduled for June 14, 2022, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Ward's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 15, 2022, up to and including June 14, 2022.

IT IS SO ORDERED.


DATED:  March 9, 2022                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS
CONFERENCE