LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHNATHON WARD,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-0129 DAD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　September 12, 2022<br>Time:　　9:00 a.m.<br>Court:　　Hon. Dale A. Drozd |

Plaintiff United States of America by and through Assistant United States Attorney Robert Artuz, and Attorney Todd Leras on behalf of Defendant Johnathon Ward, stipulate as follows:

1. This matter was set by stipulation of the parties for a status conference before Chief United States District Judge Kimberly J. Mueller on September 12, 2022. On August 25, 2022, Chief Judge Mueller issued a Minute Order (ECF Document 204) assigning

ORDER CONTINUING STATUS CONFERENCE

this case to United States District Judge Dale A. Drozd. By this stipulation, Defendant Ward moves to set a status conference before Judge Drozd on October 18, 2022, at 9:00 a.m.

2. This case involves charges of conspiracy to commit wire fraud, wire fraud, and aggravated identity theft. The government has produced discovery materials consisting of more than 32,000 pages of reports, photographs, Excel Spreadsheets, bank records, video and audio tapes, and other materials produced or obtained during investigation of the matter.

3. On January 25, 2022, Senior United States District Judge John A. Mendez appointed Attorney Todd D. Leras to represent Mr. Ward in the place of his previously appointed counsel.

4. Defendant Ward is being held in pre-trial detention at the Sacramento County Main Jail. Defense counsel is presently in the process of reviewing the discovery materials, discussing them in client meetings with Mr. Ward, and conducting defense investigation. The parties are also discussing a potential negotiated disposition of the matter.

5. Defense counsel requires additional time to perform discovery review and to conduct defense investigation. Defendant Ward requests to vacate the status conference scheduled for September 12, 2022. Defendant Ward further requests to set a status conference on October 18, 2022, at 9:00 a.m., and to exclude time between September 12, 2022, and October 18, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

ORDER CONTINUING STATUS
CONFERENCE

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Ward the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendant Ward requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 12, 2022, to October 18, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Ward's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Robert Artuz has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  September 8, 2022                          PHILLIP A. TALBERT
                                                   United States Attorney

                                                   By     */s/ Todd D. Leras for*
                                                       ROBERT J. ARTUZ
                                                       Assistant United States Attorney

ORDER CONTINUING STATUS CONFERENCE

DATED:  September 8, 2022

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JOHNATHON WARD

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for September 12, 2022, is vacated.  A new status conference is scheduled for October 18, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd.  The Court further finds, based on the representations of the parties and Defendant Ward's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 12, 2022, up to and including October 18, 2022.

IT IS SO ORDERED.

Dated:  **September 9, 2022**

UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE