LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHNATHON WARD,<br><br>                Defendant. | Case No.: 2:19-cr-0129 DAD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:        October 18, 2022<br>Time:        9:30 a.m.<br>Court:       Hon. Dale A. Drozd |

　　　　Plaintiff United States of America by and through Assistant United States Attorney Robert Artuz, and Attorney Todd Leras on behalf of Defendant Johnathon Ward, stipulate as follows:

　　　　1.　　This matter is presently set for status conference on October 18, 2022.  Defendant requests to continue the case for further status conference/potential change of plea hearing to be held on November 1, 2022.

ORDER CONTINUING STATUS
CONFERENCE

2.  This case involves charges of conspiracy to commit wire fraud, wire fraud, and aggravated identity theft.  The government has produced discovery materials consisting of more than 32,000 pages of reports, photographs, Excel Spreadsheets, bank records, video and audio tapes, and other materials produced or obtained during investigation of the matter.

3.  On January 25, 2022, Senior United States District Judge John A. Mendez appointed Attorney Todd D. Leras to represent Mr. Ward in the place of his previously appointed counsel.  In the nine months following appointment, replacement counsel has been actively reviewing the voluminous discovery materials, discussing them with Mr. Ward, and simultaneously negotiating potential resolution of the matter.

4.  Defendant Ward was initially held in pre-trial detention at the Sacramento County Main Jail, approximately three blocks from defense counsel's office.  On September 16, 2022, defense counsel received notice that the United States Marshals Service had transferred Mr. Ward to the Central Valley Annex in McFarland, California.  The Central Valley Annex is approximately four-hours driving distance from defense counsel's office.

5.  Defense counsel is presently reviewing the initial discovery and supplemental discovery materials received from the government since his appointment to represent Mr. Ward.  This review includes conducting defense investigation into potential defenses.  Defense counsel and the assigned prosecutor are simultaneously negotiating the terms of a written plea agreement.  It is anticipated that some or all the proposed changes may be incorporated into a final agreement.  Defense counsel

ORDER CONTINUING STATUS
CONFERENCE

requires additional time to conduct in-person meetings with Mr. Ward to review supplemental discovery, complete defense investigation, and consider a possible negotiated resolution of the case.

6. Defendant Ward requests to vacate the status conference scheduled for October 18, 2022. Defendant Ward further requests to set a status conference/potential change of plea hearing on November 1, 2022, at 9:30 a.m., and to exclude time between October 18, 2022, and November 1, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

7. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Ward the reasonable time necessary for effective preparation, considering the exercise of due diligence.

8. Based on the above-stated facts, Defendant Ward requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 18, 2022, to November 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Ward's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

ORDER CONTINUING STATUS
CONFERENCE

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Robert Artuz has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  October 12, 2022

PHILLIP A. TALBERT
United States Attorney

By ____*/s/ Todd D. Leras for*_____
     ROBERT J. ARTUZ
     Assistant United States Attorney

DATED:  October 12, 2022

By ____*/s/ Todd D. Leras*_____
     TODD D. LERAS
     Attorney for Defendant
     JOHNATHON WARD

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for October 18, 2022, is vacated.  A new status conference/potential change of plea hearing is scheduled for November 1, 2022, at 9:30 a.m., before the Honorable Dale A. Drozd.[1]  The Court further finds, based on the representations of the parties and Defendant Ward's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 18, 2022, up to and including November 1, 2022.

IT IS SO ORDERED.

Dated:   **October 13, 2022**    _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

---

[1]  The undersigned notes that in cases in which defendants are being detained at the Central Valley Annex, he is amenable to proceeding by way of zoom appearance for all permitted purposes with the consent of the defendant and defense counsel pursuant to the authorization provided in the CARES Act which remains in effect. If the parties desire to conduct any hearing by zoom, they are instructed to contact Courtroom Deputy Pete Buzo.

ORDER CONTINUING STATUS
CONFERENCE