LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNATHON WARD,<br><br>Defendant. | Case No.: 2:19-cr-0129 DAD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   November 1, 2022<br>Time:   9:30 a.m.<br>Court:  Hon. Dale A. Drozd |

Plaintiff United States of America by and through Assistant United States Attorney Robert Artuz, and Attorney Todd Leras on behalf of Defendant Johnathon Ward, stipulate as follows:

1. This matter is presently set for status conference/potential change of plea hearing on November 1, 2022.  Defendant requests to continue the case for one week to November 8, 2022.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves charges of conspiracy to commit wire fraud, wire fraud, and aggravated identity theft. The government has produced discovery materials consisting of more than 32,000 pages of reports, photographs, Excel Spreadsheets, bank records, video and audio tapes, and other materials produced or obtained during investigation of the matter.

3. On January 25, 2022, Senior United States District Judge John A. Mendez appointed Attorney Todd D. Leras to represent Mr. Ward in the place of his previously appointed counsel. In the nine months following appointment, replacement counsel has been actively reviewing the voluminous discovery materials, discussing them with Mr. Ward, and simultaneously negotiating potential resolution of the matter.

4. Defendant Ward was initially held in pre-trial detention at the Sacramento County Main Jail, approximately three blocks from defense counsel's office. On September 16, 2022, defense counsel received notice that the United States Marshals Service had transferred Mr. Ward to the Central Valley Annex in McFarland, California. The Central Valley Annex is approximately four-hours driving distance from defense counsel's office.

5. Defense counsel is presently reviewing a revised plea agreement with Mr. Ward. This review includes conducting defense investigation into sentencing guidelines variables and mitigation information prior to change of plea. Given Mr. Ward's remote custodial location, defense counsel requires additional time to complete his research and investigation.

6. Defendant Ward requests to vacate the status conference scheduled for November 1,

ORDER CONTINUING STATUS CONFERENCE

2022. Defendant Ward further requests to set the status conference/potential change of plea hearing on November 8, 2022, at 9:30 a.m., and to exclude time between November 1, 2022, and November 8, 2022, inclusive, under Local Code T-4. The United States does not oppose this request.

7. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Ward the reasonable time necessary for effective preparation, considering the exercise of due diligence.

8. Based on the above-stated facts, Defendant Ward requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of November 1, 2022, to November 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Ward's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Robert Artuz has reviewed this proposed order and authorized

ORDER CONTINUING STATUS CONFERENCE

1  Todd Leras via email to sign it on his behalf.

2  DATED: October 27, 2022                              PHILLIP A. TALBERT
3                                                                            United States Attorney

4                                                                            By    */s/ Todd D. Leras for*
5                                                                                    ROBERT J. ARTUZ
                                                                                      Assistant United States Attorney
6
   DATED: October 27, 2022
7                                                                            By    */s/ Todd D. Leras*
                                                                                      TODD D. LERAS
8                                                                                    Attorney for Defendant
9                                                                                    JOHNATHON WARD

28 ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for November 1, 2022, is vacated. A new status conference/potential change of plea hearing is scheduled for November 8, 2022, at 9:30 a.m., before the Honorable Dale A. Drozd. The Court further finds, based on the representations of the parties and Defendant Ward's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from November 1, 2022, up to and including November 8, 2022. No further continuances of the status conference in this case will be granted absent a compelling showing of good cause.[1]

IT IS SO ORDERED.

Dated:  **October 27, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] The court has previously expressed its willingness to conduct hearing by video conference, particularly in cases where the defendant is being held at the Central Valley Annex many hours away from the Sacramento Courthouse, with the consent of the defendant and his counsel. *See* Doc. No. 217 at 5, n.1.

ORDER CONTINUING STATUS CONFERENCE