LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNATHON WARD,<br><br>    Defendant. | Case No.: 2:19-cr-0129 DJC<br><br>ORDER TO SET SENTENCING HEARING AND PRE-SENTENCE REPORT DEADLINES<br><br>Court:    Hon. Daniel J. Calabretta |

This matter resolved by written plea agreement before United States District Judge Dale A. Drozd on November 8, 2022. (ECF Docket Entry 224). The matter was scheduled for a Status Regarding the Sentencing Hearing on April 25, 2023. (ECF Docket Entry 249). On April 6, 2023, Chief United States District Judge Kimberly J. Mueller issued an Order Reassigning

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

Case (the "Reassignment Order").  (ECF Docket Entry 253).  The Reassignment Order vacated all dates set as of April 6, 2023, and directed the parties to schedule the matter before this Court.  Defendant requests to set a Sentencing Hearing on August 10, 2023.   The assigned probation officer has confirmed her availability for August 10, 2023.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  June 29, 2023;

2. Informal Objections to Draft Pre-Sentence Report:  July 13, 2023;

3. Final Pre-Sentence Report Date:   July 20, 2023;

4. Motion for Correction Date: July 27, 2023; and

5. Reply Date: August 3, 2023.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Jessica Delaney has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED:  May 1, 2023

By    /s/ Todd D. Leras for
JESSICA DELANEY
Assistant United States Attorney

DATED:  April 25, 2023

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
JOHNATHON WARD

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is set for August 10, 2023, at 9:00 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED:  May 2, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE