LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHNATHON WARD,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-0129 DJC<br><br>ORDER TO SET SENTENCING HEARING AND PRE-SENTENCE REPORT DEADLINES<br><br>Court:　　Hon. Daniel J. Calabretta |

　　　This matter resolved by written plea agreement before United States District Judge Dale A. Drozd on November 8, 2022. (ECF Docket Entry 224). The matter is presently scheduled for a Sentencing Hearing on August 10, 2023. (ECF Docket Entry 249). The Probation Office has reassigned this matter to a new probation officer due to changes in staffing availability within

ORDER CONTINUING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

that office. The replacement probation officer requires additional time to prepare the written Pre-Sentence Investigation Report ("PSR") and has confirmed her availability on the proposed Sentencing Hearing date.

It is therefore requested that the Court continue the Sentencing Hearing to November 9, 2023, at 9:00 a.m., and modify the PSR disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  September 28, 2023;

2. Informal Objections to Draft Pre-Sentence Report:  October 12, 2023;

3. Final Pre-Sentence Report Date:   October 19, 2023;

4. Motion for Correction Date: October 26, 2023; and

5. Reply Date: November 2, 2023.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Jessica Delaney has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED:  July 27, 2023

By   */s/ Todd D. Leras for*
JESSICA DELANEY
Assistant United States Attorney

DATED:  July 26, 2023

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JOHNATHON WARD

ORDER CONTINUING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is set for November 9, 2023, at 9:00 a.m.  The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

| Dated:  July 31, 2023 | /s/ Daniel J. Calabretta |
|---|---|
| | THE HONORABLE DANIEL J. CALABRETTA<br>UNITED STATES DISTRICT JUDGE |

ORDER CONTINUING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE