LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHNATHON WARD,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-129 DJC<br><br>WAIVER OF PERSONAL APPEARANCE AND ORDER |

　　　Johnathon Ward, defendant in the above-entitled action, hereby waives his right to be present in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any status conference or non-evidentiary motion hearing in this matter.  The appearance waiver includes any appearance involving a continuance either before or after trial, including a hearing at which a trial date is selected.  The waiver does not extend to arraignment, entry of plea, change of plea, any motion hearing at which evidence and/or testimony is presented, or any trial stage from selecting a jury to verdict, nor does it apply to imposition of sentence.

WAIVER OF APPEARANCE

The defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph.  Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney in the same manner as if he were personally present in court.  He further agrees that he will be present in court and ready for trial of the matter on any day or hour that the Court may fix in his absence.

Defendant acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174).  Defendant expressly authorizes his attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of his being personally present.

Defense counsel will provide notice to the United States Marshals at least two weeks before any hearing at which Defendant's personal appearance will be requested or required.

DATED:  October 23, 2023

By  */s/ Johnathon Ward*  
JOHNATHON WARD  
Defendant  
[Signature authorized by Client from Central Valley Annex following Telephone review of Waiver of Appearance]

I agree with and consent to Defendant Johnathon Ward's waiver of personal appearance at future proceedings.

DATED:  October 23, 2023

By  */s/ Todd D. Leras*  
TODD D. LERAS  
Attorney for Defendant  
JOHNATHON WARD

WAIVER OF APPEARANCE

1  IT IS SO ORDERED.

3  DATED: October 24, 2023            /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE

28 WAIVER OF APPEARANCE