LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHNATHON WARD,<br><br>        Defendant. | Case No.: 2:19-cr-0129 DJC<br><br>ORDER TO SET STATUS OF SENTENCING HEARING<br><br>Court:    Hon. Daniel J. Calabretta<br>Date:     February 22, 2024<br>Time:     9:00 a.m. |

      This matter is currently set for a Sentencing Hearing on February 22, 2024.  Defendant has completed his probation interview.  A draft Pre-Sentence Investigation Report (PSR) was filed on January 11, 2024.  The defense requests to vacate the Sentencing Hearing and convert it to a Status of Sentencing Hearing on February 22, 2024.

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

The assigned probation officer is currently on medical leave and anticipates returning prior to February 22, 2024.  Defendant Ward is currently being held at the Central Valley Annex (CVA) in McFarland, California.  Defense counsel is scheduled to begin jury trial in *United States v. Yandell,* Case No. 2:19-cr-0107 KJM, before Chief Judge Mueller on February 20, 2024.  The trial length is presently estimated at approximately ten weeks.  Based on that anticipated trial schedule, defense counsel is presently unable to meet with Mr. Ward at CVA to review and discuss the draft PSR and prepare for the sentencing hearing.  CVA is about a four-hour drive from defense counsel's downtown Sacramento office.

A continuance of the Sentencing Hearing and modification of the disclosure schedule are required to ensure Defendant has the opportunity to review the PSR with counsel and prepare appropriate responses to it.  The government does not oppose the request.  The parties anticipate setting a new Sentencing Hearing and modifying the remaining PSR disclosure schedule before the proposed February 22nd Status of Sentencing Hearing.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Jessica Delaney has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED:  January 31, 2024

By     */s/ Todd D. Leras for*
JESSICA DELANEY
Assistant United States Attorney

DATED:  January 31, 2024

By     */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JOHNATHON WARD

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for February 22, 2024, and Pre-Sentence Investigation Report Disclosure Schedule previously set in this matter are vacated.  A Status of Sentencing Hearing is set for February 22, 2024, at 9:00 a.m.

      IT IS SO ORDERED.

DATED:  February 9, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE