LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHNATHON WARD,<br><br>          Defendant. | Case No.: 2:19-cr-0129 DJC<br><br>ORDER TO SET SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:      Hon. Daniel J. Calabretta<br><br>Date:       February 22, 2024 |

This matter is presently set for a Status as to Sentencing Hearing on February 22, 2024. The assigned probation officer has completed the draft Pre-Sentence Report (PSR).

Defendant Johnathon Ward is housed at the Central Valley Annex (CVA) in McFarland, California.  CVA is approximately an eight-hour round trip drive (252 miles each way) from

ORDER SETTING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

defense counsel's downtown Sacramento office.  CVA does not permit attorney visits on weekends or holidays.

Defense counsel is presently assigned to a jury trial before Chief Judge Mueller in the case of *United States v. Yandell, Sylvester, and Troxell,* Case Number 2:19-cr-0107 KJM.  The *Yandell* case is scheduled to be in session five days per week and is projected to be completed on or about May 10, 2024.

Given the *Yandell* trial schedule and CVA's limited legal visit availability, defense counsel requires additional time to conduct in person review of the PSR and mitigation investigation discussions with Mr. Ward.  Defense counsel therefore requests to continue the Sentencing Hearing in this matter to July 18, 2024, at 9:00 a.m.  The assigned probation officer has confirmed her availability to attend a Sentencing Hearing on that date.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report:  June 20, 2024;

2. Final Pre-Sentence Report Date:  June 27, 2024;

3. Motion for Correction Date: July 3, 2024; and

4. Reply Date: July 11, 2024.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Jessica Delaney has authorized Todd D. Leras via email to sign this stipulation on her behalf.

ORDER SETTING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

DATED:  February 19, 2024

By   */s/ Todd D. Leras for*
    JESSICA DELANEY
    Assistant United States Attorney


DATED:  February 19, 2024

By   */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    JOHNATHON WARD


## ORDER

The Status of Sentencing Hearing set for February 22, 2024, is vacated.  A Sentencing Hearing is Set for July 18, 2024, at 9:00 a.m.  The Court adopts the modified Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.


DATED:  February 21, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER SETTING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE