LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOHNATHON WARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-0129 DJC |
| Plaintiff, | ORDER TO SET SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| JOHNATHON WARD, | |
| Defendant. | Court:   Hon. Daniel J. Calabretta |
| | Date:    July 18, 2024 |

This matter is presently set for a Sentencing Hearing on July 18, 2024. Defendant requests to continue the Sentencing Hearing to August 15, 2024, and to modify a portion of the Pre-Sentence Investigation Report (PSR) deadlines. This request is made based on the Probation Department's late submission of the Final PSR under both the Court's prior Order setting PSR

ORDER SETTING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

disclosure deadlines (ECF Document 300; hereafter referred to as the "PSR Deadline Order.") and Local Rule 461(c) of the Local Rules for the Eastern District of California.

Local Rule 461(c) requires submission of the final PSR "not less than twenty-one (21) days before the sentencing hearing[.]" The PSR Deadline Order, consistent with the requirements of Rule 461(c), set the Final PSR submission date on June 27, 2024. The Final PSR was not submitted until July 2, 2024 – five days after the date set in the PSR Deadline Order and only sixteen days before the sentencing hearing.

Late submission of the Final PSR deprived Defendant of the time allowed to file a Motion for Correction. Local Rule 461(d) provides that a Motion for Correction[1] must be filed "not less than fourteen (14) days before the sentencing hearing[.]" Due to the Fourth of July holiday, the PSR Deadline Order required a Motion for Correction to be filed by July 3, 2024 – fifteen days before the sentencing hearing. The Probation Department's late submission of the Final PSR on July 2nd effectively provided defense counsel with a single day to consult with Mr. Ward and to prepare and file appropriate Formal Objections to the Final PSR.

Defendant Johnathon Ward is housed at the Central Valley Annex (CVA) in McFarland, California. CVA is approximately an eight-hour round trip drive (252 miles each way) from defense counsel's downtown Sacramento office. CVA does not permit attorney visits on weekends or holidays. Meetings, either in person or via Zoom, may be scheduled in advance

---

[1] A Motion for Correction is limited by Local Rule 461(e) to those matters raised in written informal objections to the draft PSR exchanged with the probation officer and the opposing party. Defendant timely emailed to the probation officer and prosecutor a Letter Requesting Corrections to the Draft PSR, dated June 20, 2024.

ORDER SETTING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

during normal attorney visit days and times.  Late submission of the Final PSR deprived defense counsel of the opportunity to schedule a meeting with Mr. Ward before the July 3rd Motion for Correction deadline in the PSR Deadline Order.

Given the late submission of the Final PSR and CVA's limited legal visit availability, defense counsel requests additional time to conduct a review of the Final PSR with Mr. Ward and to prepare a Motion for Correction.  Defense counsel therefore requests the Sentencing Hearing in this matter be continued to August 15, 2024.  The government does not oppose the request.

It is also requested that the Court modify the pre-sentence report disclosure schedule as follows:

1. Motion for Correction Date: August 1, 2024; and

2. Reply Date: August 8, 2024.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Jessica Delaney has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED:  July 11, 2024

By   /s/ Todd D. Leras for
JESSICA DELANEY
Assistant United States Attorney

DATED:  July 11, 2024

By   /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
JOHNATHON WARD

ORDER SETTING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing set for July 18, 2024, is vacated. A Sentencing Hearing is set for August 15, 2024, at 9:00 a.m. The Court adopts the modified Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated:  July 12, 2024                              /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE

ORDER SETTING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE